UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARKEL INSURANCE COMPANY,

Plaintiff,

v.                                                          CASE NO. 1:16-cv-23234-MGC

LIPSCOMB, EISENBERG & BAKER, P.L.,
M. KEITH LIPSCOMB, and MALIBU
MEDIA, LLC,

Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, MARKEL INSURANCE COMPANY, by and through undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Dismissal Without Prejudice of this action against Defendants LIPSCOMB, EISENBERG & BAKER, P.L., M. KEITH LIPSCOMB, and MALIBU MEDIA, LLC.

Dated this 22nd day of November, 2016.

    Respectfully submitted,

**KAPLAN ZEENA LLP**
*Attorneys for Markel Insurance Company*
2 South Biscayne Blvd.
One Biscayne Tower, Suite 3050
Miami, FL  33131
Tel:  305-530-0800
Fax:  305-530-0801

By: */s/Kimberly S. Heifferman*
    JAMES M. KAPLAN
    Florida Bar No. 921040
    James.Kaplan@kaplanzeena.com
    Susan.Clark@kaplanzeena.com
    KIMBERLY S. HEIFFERMAN
    Florida Bar No. 055996
    Kimberly.Heifferman@kaplanzeena.com
    Donna.Sek@kaplanzeena.com

CASE NO. 1:16-cv-23234-MG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by filing the foregoing document with the Clerk of the Court on November 22, 2016 using the CM/ECF system, which will automatically send email notification of such filing on all counsel or parties of record on the Service List below:

Emilie M. Kennedy, Esq.
**PILLAR LAW GROUP, APLC**
150 South Rodeo Drive, Suite 260
Beverly Hills, CA  90212
Tel: (310) 999-0000
Fax: (888) 667-5482
Emilie@pillar.law
*Attorneys for Defendant Malibu Media, LLC*

By: */s/ Kimberly S. Heifferman*