UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-23234-Civ-COOKE/TORRES

MARKEL INSURANCE COMPANY,

    Plaintiff,

vs.

LIPSCOMB, EISENBERG & BAKER,
P.L., M. KEITH LIPSCOMB and
MALIBU MEDIA, LLC,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their or its own attorney's fees and costs. *See* Pl.'s Notice of Dismissal Without Prejudice, ECF No. 20. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of November 2016.

*(signed)* Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*